IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:10-cv-128-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| WARDEN JAMES S. VESHECCO, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM ORDER**

Plaintiff's civil rights complaint was received by the Clerk of Court on May 24, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [6], filed on November 19, 2010, recommends that the instant civil rights action be dismissed for Plaintiff's failure to prosecute. The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Plaintiff by certified mail at his last known address of record. No objections were filed. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 14th Day of December, 2010;

IT IS ORDERED that the instant civil rights action be, and hereby is, DISMISSED for Plaintiff's failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter [6], dated November 19, 2010, is adopted as the opinion of this Court.

        s/ <u>Sean J. McLaughlin</u>
        SEAN J. McLAUGHLIN
        United States District Judge

cm:    All parties of record
       U.S. Magistrate Judge Susan Paradise Baxter